| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Windward Design Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-0615685** |
| 4. | **Debtor's address** | **Principal place of business**  **5413 15th Street East**  **Bradenton, FL 34203**  Number, Street, City, State & ZIP Code  **Manatee**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Windward Design Group, Inc.**   Case number (*if known*) _____
         *Name*

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Windward Design Group, Inc.**   Case number (*if known*) _____
      Name

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>■ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor **Windward Design Group, Inc.**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 6, 2025**
MM / DD / YYYY

X **/s/ David G. Peace**  **David G. Peace**
Signature of authorized representative of debtor  Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Edward J. Peterson**  Date **February 6, 2025**
Signature of attorney for debtor  MM / DD / YYYY

**Edward J. Peterson**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**Ruppel & Burns, LLP**
**400 N Ashley Dr. #3100**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone **813-225-2500**  Email address

**0014612 - Florida FL**
Bar number and State

# United States Bankruptcy Court
## Middle District of Florida

In re  **Windward Design Group, Inc.**                                             Case No.
                                   Debtor(s)                                       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 6, 2025**                        **/s/ David G. Peace**
                                                   **David G. Peace**/**President**
                                                   Signer/Title

Windward Design Group, Inc.
5413 15th Street East
Bradenton, FL 34203

ArcBest
1513 Old Route 22
Duncansville, PA 16635-5707

C2C Resources LLC
1455 Lincoln Pkwy E #550
Atlanta, GA 30346

Edward J. Peterson
Johnson, Pope, Bokor,
 Ruppel & Burns, LLP
400 N Ashley Dr. #3100
Tampa, FL 33602

Art Expressions
905 Lakeside Drive, Ste 8
Gurnee, IL 60031

Cascade Commercial Design
3505 County Road 44
Minnetrista, MN 55364

Action Upholstery Supply
2227 72nd Ave E
Sarasota, FL 34243

Ashley Desmett
16 Slope Side Court/ 1791 TL
Du Bois, PA 15801

CCC of NY
PO Box 288
Tonawanda, NY 14151-0288

ADP Inc
5404 Cypress center Dr #250
Tampa, FL 33609

Azalea Bay Apartments
504 Storm Bridge Trail
Fenton, MO 63026

Chaise Bay LTD.
301 Mission St. 19C
San Francsico, CA 94105

Altus Receivables Management
2121 Airline Drive #520
Metairie, LA 70001

B and E Power Coating
190 Willow Drive
Punxsutaney, PA 15767

Chase Credit Card
PO Box 1423
Charlotte, NC 28201-1423

American and Efird, Inc
P.O.Box 741988
Atlanta, GA 30374

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

Chase Ink
PO Box 1423
Charlotte, NC 28201-1423

American Express
PO Box 6031
Carol Stream, IL 60197

Beachwood Prop Owners Assoc.
Jason Shackleford
155 Riverwoods Blvd
Melbourne Beach, FL 32951

City of Altamonte Springs
Accounts Payable - City Hall
225 Newburyport Ave
Altamonte Springs, FL 32701

American Metals Supply LLC
10840 Crossroads Commerce
Tampa, FL 33610

Blufish Designs
1944 Route 9 N
Clermont, NJ 08210

City of Aventura
Indra Sarju
19200 W Country Club Dr
Aventura, FL 33180

Andrew Rosin, Esq
1966 Hillview St
Sarasota, FL 34239

Borough of Punxsutawney
301 E Mahoning St #6
Punxsutawney, PA 15767

Clearfield Wholesale Paper
PO Box 166
Clearfield, PA 16830

| | | |
|---|---|---|
| Construction 140<br>Bruce Schlesinger<br>6 Okoboji Drive<br>Fletcher, NC 28732 | Donaway Furniture<br>PO Box 397<br>Bethany Beach, DE 19930 | Fastenal Company<br>P. O. Box 1286<br>Winona, MN 55987-1286 |
| Costa Linda Beach Resort<br>Julio Hernandez<br>J E Irausquin Blvd 59<br>Oranjestad, Aruba | Dreamcatchers Marketing LLC<br>117 S Fremont Ave  Unit 2<br>Tampa, FL 33606 | FED EX - ground<br>P.O. Box 660481<br>Dallas, TX 75266-0481 |
| Coyote Logistics LLC<br>PO Box 742636<br>Atlanta, GA 30374-2636 | Eastern Metal Supply, Inc<br>3600 23rd Avenue South<br>Lake Worth, FL 33461 | FEX FedEx Freight<br>Dept CH<br>PO Box 10306<br>Palatine, IL 60055-0306 |
| Crown Packaging Corp<br>17854 Chesterfield Airport R<br>Chesterfield, MO 63005 | Einar Corporation<br>30313 Berry Creek Dr<br>Georgetown, TX 78628 | Fiberbuilt Umbrellas Inc<br>2351 W Atlantic Blvd #667110<br>Pompano Beach, FL 33066 |
| Custom-Pak Products Inc<br>N118 W18981 Bunsen Dr<br>Germantown, WI 53022 | Enclover<br>Lyman Ruan<br>2239 Winston Park Drive<br>Oakville, ON L6H 5R1<br>Canada | Fiberglass Products Concepts<br>2451 N.W. 77th Terrace<br>Miami, FL 33147 |
| Darla Dozier<br>4629 Cedar Brush Terrace<br>Sarasota, FL 34243 | Escalade<br>4594 East Radio Tower Lane<br>Olney, IL 62450 | FL Dep of Revenue<br>Collection Agency Section<br>5050 W Tennessee St.<br>Tallahassee, FL 32399 |
| David G. Peace<br>1206 406 Ct E<br>Myakka City, FL 34251 | Estes Express<br>PO Box 25612<br>Richmond, VA 23260-5612 | Florida Elevator Inc<br>5715 Pinkney Ave.<br>Sarasota, FL 34233 |
| Daylion, LLC<br>8950 SW 74th CT #1605<br>Miami, FL 33156 | Evergrene Master Association<br>650 Evergrene Parkway<br>Palm Beach Gardens, FL 33410 | Florida Foam<br>120 South Ring Avenue<br>Tarpon Springs, FL 34689 |
| Decorating Den Interiors<br>8659 Commerce Drive<br>Easton, MD 21601 | Famis Inc<br>5689 NW 35th Ct<br>Miami, FL 33142 | Florida Lift Gas<br>P O Box 89951<br>Tampa, FL 33689 |

Ford Credit
PO Box 650575
Dallas, TX 75265-0575

Hugill Sanitation, Inc.
779 Front Street
Mahaffey, PA 15757

John Kenney Company, Inc.
389 Westward Drive
Miami Springs, FL 33166

Glen Raven Custom Fabrics
1831 North Park Ave
Glen Raven, NC 27217

Hugill's Roll-Off Service
PO Box 143
Mahaffey, PA 15757-0143

Joshua A. Harrow
105 US Highway 301 South
Tampa, FL 33619

GoTo Communications
333 Summer St., 5th FL
Boston, MA 02210

IFS Coatings
P.O. Box 671639
Dallas, TX 75267-1639

KBA Industries LLC
dba Campground Depot
8732 Beechwood Ave.
Indianapolis, IN 46219

Greg Hale
1527 N Old Dixie Hwy
Jupiter, FL 33469

Intechgrate Systems
7644 15th St E
Sarasota, FL 34243

Kermitech Associates LLC
286 Meter Street
Punxsutaney, PA 15767

H & H Supply Inc.
990 N Main Street
Punxsutaney, PA 15767

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kermitech Associates LLC
461 Keller Lan
Punxsutaney, PA 15767

Hentzen
PO Box 88037
Milwaukee, WI 53288-0037

Island Trading LTD
93 Reid St East
Hamilton HM19, Bermuda

King Plastic Corp
1100 N. Toledo Blade Blvd
North Port, FL 34288-8694

Holiday Inn Club Vacations
Ed MacKnight
9271 S John Young Pkwy
Orlando, FL 32819

Jack Becht, LTD
1200 Herrington Road
Geneva, IL 60134

KMG Services

Hovis Auto & Truck
106 Indiana Street
Punxsutaney, PA 15767

JAWCo Fire, Incorporated
923 North Main Street
Punxutawney, PA 15767

L&N Label Company
2051 Sunnydale Blvd
Clearwater, FL 33765-1202

Hudson's Furniture Showroom
3290 West 1st St.
Sanford, FL 32771

Jeff E. Rubin
Talianoff Rubin & Rubin
8585 Sunset Dr #105
Miami, FL 33143

Lanai Lifestyles
9712 SR 64 E
Brandenton, FL 34212

Leisure Living by Patio Land
2002 SW 17th St
Ocala, FL 34474

Meltpoint Plastics International
7570 NW 79th Street
Medley, FL 33166

Oracle America Inc
2300 Oracle Way
Austin, TX 78741

M&J Seasonal Concepts
PO Box 8184
Prairie Village, KS 66208

Miami Corporation
720 Anderson Ferry Road
Cincinnati, OH 45238

Packsize LLC
3760 W. Smart Pack Way
Salt Lake City, UT 84104

Manatee County Utilities
PO Box 25350
Bradenton, FL 34206

Mindy Felecien
410 Spruce Street
Clearfield, PA 16830

Patio Furniture Warehouse
2930 S.W. 30th Ave Bay C
Pembroke Pines, FL 33009

Marriott Courtyard
Linda Upton
5301 N. Federal Hwy
Boca Raton, FL 33487

Mitchells Furniture
509 E Holland Ave
Alpine, TX 79830

Patio Products, Inc
4201 N. Dixie Hwy
Boca Raton, FL 33431

Martin Boggs
4924 20th St Ct E
Bradenton, FL 34203

Monroe Golf Club, Inc.
155 Golf Ave.
Pittsford, NY 14534

Patio&Hearth Products Report
21250 Hawthorne Blvd #500
Torrance, CA 90503

Matheson Tri-Gas, Inc.
4571 62nd Ave N
Pinellas Park, FL 33781

Mutual of Omaha
Payment Processing Ctr
PO Box 2147
Omaha, NE 68103-2147

Peoples Gas
PO Box 747105
Pittsburg, PA 15274-7105

Matheson Tri-Gas, Inc.
Attn: Product Management
909 Lake Carolyn Pkwy #1300
Irving, TX 75039

NextEra Energy 6039
PO Box 25426
Miami, FL 33102

Perry Pools & Spas
6000 Fort Ave
Lynchburg, VA 24502

McKinzie Pest Control
1012 Mark Ave
Ellenton, FL 34222

Ocean Kissed Rentals
P.O. Box 2057
S Padra Island, TX 78597

PKG Services, LLC
c/o Universal
PO Box 561152
Orlando, FL 32856-1152

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690

Ontario Waterway Cruises
PO Box 6
Orillia, ON L3V 6H9
Canada

Polymershapes, LLC
Suite 500
10130 Perimeter Pkwy
Charlotte, NC 28216

Porch Concepts
7036 Market Street
Wilmington, SC 28405

Renew Plastics LLC
110 Frontier Rd
Luxemburg, WI 54217

Sarasota Hotel Aquisition
Amer Safar
1000 Blvd Of The Arts
Sarasota, FL 34234

Primary Air Heating&Cooling
2708 81st Avenue E
Ellenton, FL 34222

Rent Ready Enterprises, LLC
10324 Spoonbill Rd. West
Brandenton, FL 34209

Sattler Corp
447 Main Street
Hudson, NC 28638

Profile Custom Extrusions
100 Anderson Road SW
Rome, GA 30161

Rithium LLC
800 Troy-Schenectady Rd #100
Latham, NY 12110

Seawatch On the Beach
6550 Estero Blvd
Fort Myers Beach, FL 33931

Quarterback Transporation
PO Box 534565
Atlanta, GA 30353

Roberts Printing, Inc.
2049 Calumet Street
Clearwater, FL 33765

Shred Medic
2383-B Industiral Blvd.
Sarasota, FL 34234

RAC'M Transport LLC
P.O. Box 402366
Atlanta, GA 30384-2366

Rogers Spring Hill Garden
 & Farm Center
PO Box 8193
Ward Hill, MA 01835

Silliman Hydraulics, Inc
7540 15th Street East
Sarasota, FL 34243-3216

Rachel Peace
72 Bobs Rd
Madera, PA 16661

Roman Metal Works
2206 72nd Drive East
Sarasota, FL 34243

Simona America Inc.
101 Power Boulevard
Archbald, PA 18403

ReadyRefresh by Nestle
PO Box 856680
Louisville, KY 40285-6680

Ryder Transportation Service
PO Box 402366
Atlanta, GA 30384-2366

Snyder Paper Corp
PO Box 60940
Charlotte, NC 28260

Rebecca S. French
8309 Abingdon Ct.
Bradenton, FL 34201

Sara Mana Business Products
1618 Barber Road
Sarasota, FL 34240-9393

Southeastern Freight Lines
PO Box 100104
Columbia, SC 29202-3104

Rehfeldt Group
3201 26th St W
Bradenton, FL 34205

Sarasota Cty Tax Collector
c/o Ken Burton, Tax Collecto
101 S. Washington Blvd
Sarasota, FL 34236-6993

Southernmost Furnishings LLC
4833 Berewick Town Center Dr
Suite E173
Charlotte, NC 28278

Southland Patio
324 South Davis Road
La Grange, GA 30241

Surface Prep Supply
#2 Hwy 17-92 North
Haines City, FL 33844

Travelers
CL & Specialty Remittance
PO Box 660317
Dallas, TX 75266-0317

SouthState Bank, NA
12215 US 301 N.
Parrish, FL 34219

Tallgrass Freight Co
PO Box 88598
Carol Stream, IL 60188-0598

TriVantage, LLC
P.O. Box 934832
Atlanta, GA 31193-4832

Sparkman Wharf
Susan Martin
615 Channelside Dr
Suite 117
Tampa, FL 33602

Tangent Technologies LLC
1001 Sullivan Road
Aurora, IL 60506

Twitchell Corporation
PO Box 2153
Birmingham, AL 35287

Spectrum Business
PO Box 7195
Pasadena, CA 91109

Tangent Vinyl
179 Straits Lane
Killbuck, OH 44637

ULINE
Attn: Accounts Payable
PO Box 88741
Chicago, IL 60680-1741

Staples Advantage
Dept ATL
PO Box 105748
Atlanta, GA 30348-5748

TCI Powder Coatings
PO Box 535403
Atlanta, GA 30353-5403

UltraBox, Inc
PO Box 21046
Bradenton, FL 34204-1046

Steven Douglas Assoc
13450 W Sunrise Blvd #200
Sunrise, FL 33323

Teco Peoples Gas 13791405
P.O. Box 31318
Tampa, FL 33631-3318

United Sewing Machine Sales
PO Box 3055
Hickory, NC 28603

Suburban Propane
PO Box J
Whippany, NJ 34243-3925

Tennis Villas Assoc Inc
C/O Plantation Management Co
625 SE Central Pkwy
Stuart, FL 34994

UPS
PO Box 650116
Dallas, TX 75265-0116

Super Chem Inc.
PO Box 52109
Sarasota, FL 34232

That's Great News
900 Northrop Rd.
PO Box 5021
Wallingford, CT 06492

Vertika Promos, LLC
107 North 11 St #722
Tampa, FL 33602

SupplyOne Tampa Bay
P.O. Box 538417
Atlanta, GA 30353-8417

Tonys Dumpsters
1616 78th St Ct NW
Bradenton, Fl 34209

Veryable Inc
PO Box 201197
Dallas, X 75320-5782

Vestin Log Inc
6533 Star Court
Laredo, TX 78041


Vic at Southwinds LLC
Leasing Office
1900 Kilgore Parkway
Baytown, TX 77523


Victor R. Garcia, Esq
15476 NW 77th Ct #600
Hialeah, FL 33016


Wells Fargo Equipment Fin
PO Box 3072
Cedar Rapids, IA 52406-3072


WEX Credit Card
1 Hancock Street
Portland, ME 04101


Worldwide Express/WWex Group
PO Box 733360
Dallas, TX 75373-0502


WWEX Group
15th Floor
2700 Commerce St
Dallas, TX 75226


Wyndham Hill Master Assoc
c/o MSI, LLC
11002 Benton St
Westminister, CO 80020


XPO Logistics Freight, Inc.
P O Box 5160
Portland, OR 97208-5160