| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Windward Design Group, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **8:25-bk-00780** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **Amended Schedules A/B and G**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 12, 2025**      X **/s/ David G. Peace**
Signature of individual signing on behalf of debtor

**David G. Peace**
Printed name

**President**
Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: **Windward Design Group, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **8:25-bk-00780**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................  $  **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................  $  **5,981,022.37**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................  $  **5,981,022.37**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $  **1,010,195.80**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $  **27,230.08**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$  **2,410,287.79**

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                            $  **3,447,713.67**

**Fill in this information to identify the case:**

Debtor name: **Windward Design Group, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **8:25-bk-00780**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

2. **Cash on hand**                                                                                     **$4,371.97**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)   Type of account        Last 4 digits of account number

   | | Name | Type | Last 4 | Value |
   |---|---|---|---|---|
   | 3.1. | SouthState Bank | Checking - Operating Account | 0726 | $15,894.96 |
   | 3.2. | SouthState Bank | Checking - customer deposits | 6325 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                $20,266.93
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | Description | Value |
   |---|---|---|
   | 7.1. | Landlord security deposits | $5,180.40 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor   **Windward Design Group, Inc.**                                        Case number *(If known)*  **8:25-bk-00780**
         Name

| | | |
|---|---|---|
| 7.2. | **MCUD security deposit** | $921.50 |
| 7.3. | **Tampa Electric Company security deposit** | $336.09 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **Prepaids for marketing ($36,100), services ($45,000) and insurance ($15,327.06)**                              $96,427.06

9. **Total of Part 2.**                                                                                                    $102,865.05
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **171,407.19**    -    **37,017.17**    = ....    $134,390.02
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:       **146,221.08**    -    **133,107.81**   = ....    $13,113.27
                                 face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                                   $147,503.29
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |

Debtor **Windward Design Group, Inc.**     Case number (If known) **8:25-bk-00780**
     Name

| | | | | |
|---|---|---|---|---|
| | **Inventory - Raw Materials** | $1,899,114.47 | Book Value | $1,899,114.47 |
| 20. | **Work in progress** <br> **Inventory - WIP** | $151,902.21 | Book Value | $151,902.21 |
| 21. | **Finished goods, including goods held for resale** <br> **Inventory - Finished Goods** | $1,372,837.38 | Book Value | $1,372,837.38 |
| 22. | **Other inventory or supplies** <br> **Prepaid inventory** | $1,699.39 | Book Value | $1,699.39 |

23. **Total of Part 5.**      $3,425,553.45

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** <br> office funiture, fixtures & equipment | $78,752.75 | Book Value | $78,752.75 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> computers, including all hardware, software and other communication devices | $907,138.41 | Book Value | $907,138.41 |

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 3

Debtor    **Windward Design Group, Inc.**                                              Case number *(If known)*  **8:25-bk-00780**
              Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                             **$985,891.16**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | Golf Cart | $2,600.00 | Book Value | $2,600.00 |
| 47.2. | Ford Econo Box Truck - does not run - being used for storage | $0.00 | N/A | Unknown |
| 47.3. | 2021 Ford F150, VIN: 1FTFW1ED5MFC41663 | $82,396.00 | KBB.com | $40,915.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    Machinery, fixtures & equipment                                   $1,255,427.49    Book Value    $1,255,427.49

51. **Total of Part 8.**                                                                                                                             **$1,298,942.49**
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No

Debtor   **Windward Design Group, Inc.**                                  Case number *(If known)*  **8:25-bk-00780**
         Name

☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **286 Meter Street, Punxsutawney, PA - 84,351 square section of a buildilng.** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.2. **5413 15th Street E., Bradenton FL 34203** | **Possessory interest - no written lease** | $0.00 | N/A | $0.00 |

56. **Total of Part 9.**                                                                                                    $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Windward Design Group, Inc.**                                        Case number *(If known)*  **8:25-bk-00780**
         Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,266.93 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $102,865.05 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $147,503.29 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $3,425,553.45 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $985,891.16 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,298,942.49 | |
| 88. | **Real property.** *Copy line 56, Part 9.*................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $5,981,022.37  + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,981,022.37 |

**Fill in this information to identify the case:**

Debtor name: **Windward Design Group, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): **8:25-bk-00780**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for real property located at 286 Meter Street in Punxsutawney, PA 15767 dated December 26, 2023 for a period of seven years ending December 31, 2030 for approximately $29,969.92 per month.** | |
| | State the term remaining | **approx. 24 months** | **Kermitech Associates LLC**<br>**461 Keller Lan**<br>**Punxsutaney, PA 15767** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Product Supply Agreement - Bulk by and between the Debtor and Mathewson Tri-Gas, Inc. effective November 13, 2014.** | |
| | State the term remaining | **12 months** | **Matheson Tri-Gas, Inc.**<br>**Attn: Product Management**<br>**909 Lake Carolyn Pkwy #1300**<br>**Irving, TX 75039** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Netsuite Suite Success Manufacturing PRM Cloud Service in connection with the Oracle Data Processing Agreement dated 12/23/2022.** | |
| | State the term remaining | **48 months** | **Oracle America Inc**<br>**2300 Oracle Way**<br>**Austin, TX 78741** |
| | List the contract number of any government contract | | |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        Page 1 of 2

| Debtor 1 | **Windward Design Group, Inc.** | | Case number *(if known)* | 8:25-bk-00780 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Packaging Service Agreement dated November 5, 2021 for a four-year term expiring on or bout November 5, 2025** | |
| | State the term remaining | **approximately 11 months** | **Packsize LLC**<br>**3760 W. Smart Pack Way**<br>**Salt Lake City, UT 84104** |
| | List the contract number of any government contract | | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Truck Lease and Service Agreement dated November 21, 2023 for a lease of a 2025 International LT T/A Conv Sleep fo 72 months .** | |
| | State the term remaining | **approx 48 months** | **Ryder Transportion**<br>**P.O. Box 402366**<br>**Atlanta, GA 30384-2366** |
| | List the contract number of any government contract | | |